**Grace B. CLARK, Appellant, v. UNITED STATES of America.**

No. 11196.

Circuit Court of Appeals, Eighth Circuit.
March 15, 1939.

Roy W. Rucker and James Daleo, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgment and sentence vacated, etc., and cause remanded with full power and authority in District Court to permit appellant to change his pleas, etc., on motion of appellant and consent of counsel for appellee.

**The CLARK AND WILSON LUMBER COMPANY OF DELAWARE, Appellant, v. FIRST AND AMERICAN NATIONAL BANK OF DULUTH, and S. A. McAllister, Receiver of Nehalem Timber & Logging Co., Appellees.**

No. 9296.

Circuit Court of Appeals, Ninth Circuit.
Sept. 22, 1939.

Charles A. Hart and Carey, Hart, Spencer & McCulloch, all of Portland, Or., for appellant.

Sidney Teiser and Teiser & Keller, all of Portland, Or., for appellee McAllister, etc.

Wilbur, Beckett, Howell & Oppenheimer, of Portland, Or., for appellee Bank.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**COLLINS TRANSFER, Inc., et al., Appellants, v. Clifford D. RIEPER.**

No. 11531.

Circuit Court of Appeals, Eighth Circuit.
June 29, 1939.

Bielski, Elliott & McQuillen, of Sioux Falls, S. D., for appellants.

L. E. Waggoner, of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.